```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

John Matiscik,                  :

       Plaintiff,           :

  v.                            :      Case No. 2:15-CV-2612

American Honda Motor Company,   :      JUDGE EDMUND A. SARGUS, JR.
                                                         Magistrate Judge Kemp

       Defendant.           :

## ORDER

The parties have filed a joint motion to stay all proceedings in this action pending a ruling from the Judicial Panel on Multidistrict Litigation.  The motion sets forth good cause for a stay and the motion (Doc. 10) is therefore granted.  This case is stayed until a decision is issued on the motion for transfer of actions.  If the case is not transferred to the MDL, defendant's response to the complaint shall be filed within 21 days of that decision.

                                      /s/ Terence P. Kemp
                                      United States Magistrate Judge